IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CECILIA BAKER, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.                      No. 4:20-cv-508-KGB

**APC PASSE, LLC, and ARKANSAS PROVIDER**             **DEFENDANTS**
**COALITION, LLC**

## JOINT STATUS REPORT

Counsel for the Parties jointly provide this Joint Status Report:

1.     On February 2, 2023, the Parties informed the Court that a settlement had been reached in principle that will resolve all claims asserted by Plaintiff. ECF No. 64. The Parties further informed the Court they expected to file their dismissal papers within 30 days, or make an appropriate request for extension to the Court, if required, or provide a status report.

2.     On March 6, 2023, the Parties filed a Joint Status Report, notifying the Court that they required additional time to finalize the Settlement Agreement and anticipating the filing of a motion for approval of the settlement on or before March 27, 2023. ECF No. 66.

3.     On March 24, 2023, the Court entered its Order removing this case from the April 3, 2023 trial calendar and ordering the Parties to file dismissal papers or a status report by March 27, 2023. ECF No. 67.

4.     On March 27, 2023, the Parties filed a Joint Status Report, notifying the Court that they were still working on finalizing the terms of the Settlement Agreement and anticipated seeking approval of the settlement and dismissal of the case by April 14, 2023.

5. The Parties continue to work on finalizing the terms of the Settlement Agreement and anticipate seeking approval of the settlement and dismissal of the case or will provide the Court with a status report by May 5, 2023.

Respectfully submitted,

Sean Short, Ark. Bar No. 2015079
Josh Sanford, Ark. Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(800) 615-4946 – Telephone
(888) 787-2040 - Facsimile
Email: sean@sanfordlawfirm.com
Email: josh@sanfordlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

and

Alexander D. Clark, Ark Bar No. 2017112
**CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
(501) 371-9999 – Telephone
(501) 371-0035 – Facsimile
Email: aclark@cgwg.com
**ATTORNEYS FOR DEFENDANTS**